PER CURIAM.

(No. 73-CC-71█ █

MISSOURI TECHNICAL SCHOOL, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed May 25, 1973.*

MISSOURI TECHNICAL SCHOOL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.